IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS NOEL LARDUET GONZALES,

Petitioner,

v. No. 1:26-cv-2537-KG-SCY

FNU LNU,

Respondent.

ORDER DIRECTING AMENDMENT

Before the Court is Petitioner's document titled "Legal Case Summary and Factual Memorandum" (Doc. 1). It appears Petitioner is in immigration detention at the Cibola County Correctional Center in New Mexico. If Petitioner seeks to challenge his immigration detention in this Court, he must file a Section 2241 petition. The Clerk's Office mailed Petitioner a form Section 2241 Petition and motion to proceed *in form pauperis* on August 3, 2026. Petitioner shall return the completed Section 2241 petition, or a different complaint form if he does not seek habeas relief under Section 2241, within twenty-one days of entry of this Order. Petitioner should include his A-number and details about what relief he seeks, including what process he has received in Immigration Court if he seeks relief relating to his immigration detention. Petitioner may attach any orders or documents from the Immigration Court, which are helpful in resolving Section 2241 claims. By the same date, Petitioner must pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*. All documents filed in this case must include the case number, Civ. No. 26-2537-KG-SCY. The failure to timely comply with this Order may result in dismissal of this case without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Within twenty-one (21) days of entry of this Order Petitioner must file an amended Section 2241 petition as set forth above; and

2. By the same deadline, Petitioner shall pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.